UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY L. FENTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GREGORY MICHAEL KIRK; JMK PROPERTIES INC.; BLUE SKY REAL ESTATE; DEBORAH KIRK; and DOES 1–50,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-509 JLS (KSC)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>(ECF No. 4) |

On April 20, 2022, the Court issued an Order granting Plaintiff Nancy L. Fenton's Application to Proceed in District Court Without Prepaying Fees or Costs and dismissing without prejudice her Complaint pursuant to 28 U.S.C. § 1915(e)(2) due to failure to comply with Federal Rule of Civil Procedure 8 and lack of subject-matter jurisdiction. *See generally* ECF No. 4 (the "Order"). The Order granted Plaintiff until June 6, 2022, to file an amended complaint. *See id.* at 8. Plaintiff was warned that, "[s]hould Plaintiff fail to file an amended complaint on or before June 6, 2022, the Court will enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and her failure to prosecute in compliance with a court order requiring amendment." *Id.* (citation and emphases omitted).

The Court noted that "[s]uch dismissal would be without prejudice to Plaintiff refiling her claims in state court." *Id.*

Plaintiff did not file an amended complaint on or before June 6, 2022, in accordance with the Order; accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the above-named action. The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: June 7, 2022

Hon. Janis L. Sammartino
United States District Judge